LAW OFFICE OF ERIC M. SEARS, P.C.
--------------------------------------------------------

**Eric M. Sears**
**Attorney at Law**

----------------------------------------

115 Broadway, Suite 1704
New York, NY  10006

Tel. 212-252-8560  Fax: 212-566-1068  Cell: 917-929-2096
email: emsearsesq@aol.com   Website: EricMSearsLaw.com

<u>By ECF</u>

April 5, 2019.

Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

    Re: USA v. Richard Hart - 17 Cr 248

Dear Judge Broderick:

    I am CJA counsel for Richard Hart, who is presently scheduled to be sentenced before Your Honor on April 26, 2019, 2:30 p.m.  I am writing to request that sentencing be postponed to a date convenient to the Court, some time in mid-July, 2019.  Mr. Hart has been under the supervision of pretrial services since his initial appearance, has been in full compliance and no violations have been filed.  I am asking that sentence be postponed for the following reasons:

    Since his arrest in this case, Mr. Hart has had difficulty finding work and contributing to the support of his family.  I am informed that he has recently obtained new employment, and, while we are hopeful of a non-incarceratory sentence, he would like additional time prior to sentencing to earn some money to help cover upcoming expenses.

    In addition, I am presently on trial in State court, and have several cases expected to go to trial in the coming weeks.  I also have some personal health issues that I must attend to in the months ahead.

    For these reasons I am requesting that sentencing be postponed to a date convenient to the Court in mid-July.  I have advised the government, AUSA David Abromowitz, of my intention to make this request, and they have no objection.

Thank you for your consideration.

Respectfully,

/S/

Eric M. Sears