# LAW OFFICE OF ERIC M. SEARS, P.C.

## Eric M. Sears
## Attorney at Law

115 Broadway, Suite 1704
New York, NY  10006

Tel. 212-252-8560  Fax: 212-566-1068  Cell: 917-929-2096
email: emsearsesq@aol.com   Website: EricMSearsLaw.com

**By ECF**

October 7, 2019.

Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

      Re: USA v. Richard Hart - 17 Cr 248

Dear Judge Broderick:

      I was CJA counsel for Mr. Hart, who was sentenced before Your Honor on July 17, 2019. He received a below-guideline sentence of 1 year and 1 day.  He was permitted to surrender voluntarily on October 11, 2019.  I am informed that he has been designated to MDC, Brooklyn. I am writing to ask Your Honor to amend the sentence to recommend a minimum-security facility.  I understand that such a recommendation would not be binding on the BOP.

      As Your Honor will recall, the underlying case involved fraudulent billing for credit care processing services.  The co-defendant, Michael Mendlowitz, was convicted after trial.  Mr. Hart was permitted to plea to a lesser charge, with a 60 month cap.  It was Mr. Hart's only involvement with the law, in what otherwise had been a hardworking and family oriented life. Given his lack of a record, the absence of any violence, and the nature of the underlying crime, I believe we all anticipated that he would be designated to a suitable minimum-security facility.  I do not believe the MDC is an appropriate place for him to serve his sentence.

      I am requesting, therefore, that Your Honor amend the sentence to include a recommendation that he be designated to a minimum-security facility.

Respectfully,

Eric M. Sears

cc. AUSAs – via ECF