

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2020

**By ECF**

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

       Re:    **United States v. Richard D. Hart**, S1 17 Cr. 248 (VSB)

Dear Judge Broderick:

      As directed in the Court's sealed Opinion and Order of earlier today, the parties have conferred on the subject of redactions.  The parties are in agreement that nothing in the Opinion and Order needs to be redacted.  Accordingly, we respectfully ask the Court to unseal the document and file it on ECF.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:   /s/
     David Raymond Lewis /
     David M. Abramowicz
     Assistant United States Attorneys
     (646) 787-5645 / (212) 637-6525

cc:    Eric Sears, Esq.
       Jacob Mitchell, Esq.
       (by ECF)