LAW OFFICE OF

# Jacob Barclay Mitchell, ESQ.

140 Broadway, Suite 4611
New York, New York 10005

TELEPHONE:  (212) 204-2574                          E-MAIL: jacobbarclaymitchell@gmail.com
CELLULAR:   (540) 273-3400                           FACSIMILE:  (212) 858-7750

May 21, 2020

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 5/21/2020

The Clerk of Court is directed to terminate docket entry 259.

> RE:     *United States v. Richard Hart*
>          No. 17 Cr 248 (VSB)

Dear Judge Broderick:

The defense has received Mr. Hart's most current medical records. The issue has
been resolved and the defense withdraws its request that the Court order the MDC
to turn over his medical records.

Thank you for your time and consideration.

Respectfully Submitted,

_____/S/_____
Jacob Mitchell

cc:  AUSA's (via ECF)