

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2020

**By ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   United States v. Richard D. Hart, S1 17 Cr. 248 (VSB)

Dear Judge Broderick:

    As you know, defendant Richard Hart currently has pending before the Court a motion for release to home confinement pursuant to 18 U.S.C. § 3582(c).

    The Government has today been informed by the U.S. Bureau of Prisons ("BOP"), that Hart has now been released to home confinement, as previously scheduled.

    Accordingly, the Government respectfully submits that Hart's motion may denied as moot.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/
David Raymond Lewis / David Abramowicz
Assistant United States Attorneys
(646) 787-5645 / (212) 637-6525

cc:   Eric Sears, Esq.
      Jacob Mitchell, Esq.