```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
              -against-                                     :   17-CR-248 (VSB)
                                                            :
RICHARD D. HART,                                            :   **ORDER**
                                                            :
                            Defendant.                      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 15, 2020, the Government submitted a letter informing me that the U.S. Bureau of Prisons has released Defendant to home confinement. The Government submits that Defendant's pending motion for compassionate release pursuant to 18 U.S.C. § 3582(c) should be denied as moot. (Doc. 272.) Accordingly, it is hereby:

ORDERED that in light of Defendant's recent release from custody to home confinement, Defendant's motion for compassionate release is DENIED as moot.

SO ORDERED.

Dated: July 20, 2020
       New York, New York

Vernon S. Broderick
United States District Judge